UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph Gardner,  Case No. 07-47169-TJT
 Chapter 7
        Debtor.  HON. Thomas J. Tucker
_____/

## CORRECTED NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

      The attached check in the amount of $7,452.74, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 3 | Tina Snell<br>2546 Union Lake Rd.<br>Commerce Township, MI 48382 | $6,500.00 |
| 3I | Tina Snell<br>2546 Union Lake Rd.<br>Commerce Township, MI 48382 | $ 952.74 |
| | **Total:** | **$7,452.74** |

Dated: June 24, 2010

    /s/ Mark H. Shapiro (P43134)
Trustee
25925 Telegraph Road
Suite 203
Southfield, MI 48033
(248) 352-4700
shapiro@steinbergshapiro.com